IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HORACE M. HOUSTON, III,       )
                              )
     Plaintiff,               )
                              )
v.                            )     CASE NO. CV419-129
                              )
KELLY SERVICES INC., and      )
DANNETTE DURON-WILLNER,       )
Associate Corporation Counsel,)
                              )
     Defendants.              )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's claims against Danette Duron-Willner are **DISMISSED WITHOUT PREJUDICE** and Plaintiff's disability discrimination claim against Kelly Services Inc. are **DISMISSED WITHOUT PREJUDICE**. However, Plaintiff's retaliation claim against Kelly Services Inc. remains pending. The Clerk of Court is **DIRECTED** to amend the caption accordingly.

SO ORDERED this **24th** day of November 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA