IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| HORACE M. HOUSTON, III, <br><br> Plaintiff, <br><br> v. <br><br> KELLY SERVICES, INC., <br><br> Defendant. | CIVIL ACTION NO.: 4:19-cv-129 |

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal With Prejudice signed and filed by Plaintiff (who is proceeding *pro se*) and counsel for Defendant on August 22, 2022, wherein the parties indicate they stipulate to the dismissal, with prejudice, of all claims asserted in this action, with each party to bear its own costs and with all rights of appeal waived. (Doc. 30.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **TERMINATE** any pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 29th day of August, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA